**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <br><br> and <br><br> BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <br><br> Plaintiffs, <br> v. <br><br> ROSEEN REALTY CORP., d/b/a Arnold Walter Nursing Home <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No.: 23-cv-00111 (BAH) |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Service Employees International Union National Industry Pension Fund and its Board of Trustees ("Plaintiffs"), and Roseen Realty Corp. ("Defendant) respectfully move this Court for entry of the attached Proposed Stipulated Protective Order.

Dated: July 21, 2023                                    Respectfully submitted,

*/s/ David F. Jasinski*                              */s/ Daniel H. Gill*
David F. Jasinski (admitted *pro hac vice*)          Daniel H. Gill (D.C. Bar ID: 1030100)
Jasinski, P.C.                                        Kara Naseef (DC Bar ID: 1671394)
2 Hance Avenue, 3rd Floor                             Bredhoff & Kaiser, P.L.L.C.
Tinton Falls, NJ 07724                                805 15th St. N.W., Suite 1000
Tel: (973) 824-9700                                   Washington, D.C. 20005
Fax: (732) 842-1805                                   Tel: (202) 842-2600
djasinski@jplawfirm.com                              Fax: (202) 842-1888
                                                     dgill@bredhoff.com
*Counsel for Defendant*                              knaseef@bredhoff.com
                                                     *Counsel for Plaintiffs*