**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>       Plaintiffs,<br><br>v.<br><br>ROSEEN REALTY CORP.,<br>d/b/a Arnold Walter Nursing Home<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 23-cv-00111 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Service Employees International Union National Industry Pension Fund and Board of Trustees of the Service Employees International Union National Industry Pension Fund ("Plaintiffs") and Roseen Realty Corp., d/b/a Arnold Walter Nursing Home ("Defendant") (collectively "the parties"), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 16 and 26, respectfully move the Court to amend and extend the discovery deadlines in its July 27, 2023 Minute Order in this matter to those set forth in the attached Proposed Amended Scheduling Order. The reasons underlying this motion are as follows:

1.  Plaintiffs filed the Complaint on January 13, 2023, and the First Amended Complaint on March 31, 2023. This is the parties' second request to extend the time for discovery. The Court granted the parties' first request for a sixty-day extension on July 27, 2023.

2.      Since the Court entered the July 27, 2023 Minute Order, counsel have had difficulty scheduling discovery and depositions due to the parties, their counsels, and the witness' conflicting schedules and pre-existing and intervening commitments in other pending matters. In addition, the senior attorney litigating the matter on behalf of Plaintiffs has very recently left the firm; a notice of withdrawal will be filed as soon as possible.

3.      Since the Court entered the July 27, 2023 Minute Order, counsel have continued to confer about Defendant's responses to written discovery; however, certain disputes remain.

4.      Counsel anticipate that they will be able to complete additional necessary written and oral discovery.

5.      Based on the foregoing, the parties jointly and respectfully request a seventy (70) day extension of the discovery schedule. The parties believe that good cause exists for the requested extension, and that it will serve the intents of justice and the orderly litigation of this matter.

6.      Counsel have conferred and propose the amended scheduling order attached hereto, which extends the deadlines for paper discovery, close of discovery, and filing of motions for summary judgment by approximately seventy (70) days beyond the dates set forth in the schedule entered by the Court on July 27, 2023.

Dated: October 17, 2023                    Respectfully Submitted,

| | |
|---|---|
| */s/ David F. Jasinski* | */s/ Kara Naseef* |
| David F. Jasinski | Robert Alexander (D.C. Bar ID: 465673) |
| Jasinski, P.C. | Kara Naseef (D.C. Bar ID: 1671394) |
| 2 Hance Avenue, 3rd Floor | Bredhoff & Kaiser, P.L.L.C. |
| Tinton Falls, NJ 07724 | 805 15th St. N.W., Suite 1000 |
| Tel: (973) 824-9700 | Washington, D.C. 20005 |
| Fax: (732) 842-1805 | Tel: (202) 842-2600 |

2

djasinski@jplawfirm.com

Vanessa Carpenter Lourie, Esquire
Vanessa Carpenter Lourie, P.C.
4400 MacArthur Blvd., NW, Ste. 205
Washington, D.C. 20007-2521
Tel: (202) 342-8000

*Counsel for Defendant*

Fax: (202) 842-1888
ralexander@bredhoff.com
knaseef@bredhoff.com

*Counsel for Plaintiffs*

3