**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <br><br> and <br><br> BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEEN REALTY CORP., <br> d/b/a Arnold Walter Nursing Home <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No.: 23-cv-00111 (BAH) |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16 and 26, it is hereby **ORDERED** that the deadlines contained in the Minute Order entered on July 27, 2023 are **VACATED**, and the following deadlines shall apply in this matter.

1.    All discovery must be completed by **January 2, 2024**.

2.    By **January 2, 2024**, the parties shall submit a joint status report advising the Court whether (a) they request a stay of proceedings and referral to mediation for some period; or (b) they anticipate the filing of dispositive motions.

3.    If the matter is not stayed for mediation, any dispositive motions will be due **February 1, 2024**;

**SO ORDERED.**

_____
Beryl A. Howell
United States District Judge

DATE: