**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, <br><br>and<br><br>BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>ROSEEN REALTY CORP.,<br>d/b/a Arnold Walter Nursing Home<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 23-cv-00111 (BAH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATED JUDGMENT**

Plaintiffs Service Employees International Union National Industry Pension Fund and its Board of Trustees, and Defendant Roseen Realty Corp. ("Roseen") hereby stipulate to a final judgment against Roseen for unpaid delinquent contributions (including supplemental contributions), interest, liquidated damages, and attorneys' fees and costs in the amount of $464,698.01, pursuant to a settlement agreement and general release between the parties dated October 1, 2024.

Date: October 7, 2024    Respectfully submitted,

                */s/ Robert Alexander*
                Robert Alexander (D.C. Bar # 465673)
                Kara A. Naseef (D.C. Bar # 1671394)
                Bredhoff & Kaiser P.L.L.C.

805 Fifteenth Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 842-2600 (telephone)
(202) 842-1888 (fax)
ralexander@bredhoff.com
knaseef@bredhoff.com

*Counsel for Plaintiffs*

*/s/ David F. Jasinski*
David F. Jasinski
Jasinski, P.C.
2 Hance Avenue, 3rd Floor
Tinton Falls, NJ 07724
Tel: (973) 824-9700
Fax: (732) 842-1805
djasinski@jplawfirm.com

*/s/ Vanessa Carpenter Lourie*
Vanessa Carpenter Lourie, Esq.
Vanessa Carpenter Lourie, P.C.
4400 MacArthur Boulevard N.W., Suite 205
Washington, D.C. 20007-2521
(202) 342-8000
vlourie@carpenterlourie.com

*Counsel for Defendant*